**Order entered May 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00437-CV

## IN RE JIMMY JOHNSON, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's "Amended Motion to File for a Mandate." We **DENY** the motion.

/s/     MOLLY FRANCIS
        JUSTICE